IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>2002 BLACK CHEVROLET TRAILBLAZER, et al.<br><br>    Defendants.<br>_____/ | No. C 04-02977 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

    On October 18, 2004, this Court issued an order staying this case pending resolution of a criminal matter. Since that time, pursuant to Stipulation the Court authorized the substitution of Defendant $9,097.50 in United States Currency as Substitute Res for the 2002 Black Chevrolet Trailblazer. There has been no further activity in this case.

    Accordingly, the Court HEREBY ORDERS Plaintiff to file a status report advising the Court as to the status of the criminal proceedings in favor of which this forfeiture action was stayed and when Plaintiff expects the stay to be lifted. This Status Report shall be due by December 30, 2005.

    **IT IS SO ORDERED.**

Dated: December 14, 2005

                                                           JEFFREY S. WHITE<br>
                                                         UNITED STATES DISTRICT JUDGE