IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>2002 BLACK CHEVROLET TRAILBLAZER, et al.<br><br>          Defendants.<br>_____/ | No. C 04-02977 JSW<br><br>**ORDER REQUIRING STATUS REPORT**S |

On October 18, 2004, this Court issued an order staying this case pending resolution of a criminal matter. Since that time, pursuant to Stipulation the Court authorized the substitution of Defendant $9,097.50 in United States Currency as Substitute Res for the 2002 Black Chevrolet Trailblazer. On December 21, 2005, pursuant to the Court's order, Plaintiff filed a status report advising that this case should continued to be stayed pending resolution of a criminal matter. There have been no further filings since that time.

Accordingly, the Court HEREBY ORDERS Plaintiff to file a further status report by July 17, 2006 advising the Court as to the status of the criminal proceedings in favor of which this forfeiture action was stayed and when Plaintiff expects the stay to be lifted. Plaintiff shall continue to file such status reports every 120 days until the stay is lifted.

**IT IS SO ORDERED.**

Dated: July 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE