1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, CA 94102
        Telephone:  415.436.6857
7       Facsimile:  415.436.6748
        Email: patricia.kenney@usdoj.gov
8
    Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )        C 04-02977 JSW
                                       )
14              Plaintiff,             )
                                       )     SETTLEMENT AGREEMENT
15         v.                          )     AND ORDER OF DISMISSAL
                                       )
16  $9,097.50 IN UNITED STATES CURRENCY )
    AS SUBSTITUTE *RES* FOR THE 2002   )
17  BLACK CHEVROLET TRAILBLAZER        )
    AND$10,380 IN UNITED STATES        )
18  CURRENCY,                          )
                                       )
19              Defendants.            )
                                       )
20  _____)
                                       )
21  KENNETH JOSEPH SHEPP,              )
                                       )
22              Claimant.              )
    _____)

23

24      The parties stipulate and agree as follows:

25      1.      Plaintiff is the United States of America ("United States").  Defendants are

26  (1) $9,097.50 in United States Currency as Substitute *Res* for the 2002 Black Chevrolet

27  Trailblazer and ("defendant $9,097.50"); and (2) $10,380 in United States Currency ("defendant

28  $10,380").  After proper notification and publication was given, as required by Rule C(4),

1   Supplemental Rules for Certain Admiralty and Maritime Claims, the only person who filed a

2   timely Claim and Answer in this action is Kenneth Joseph Shepp. *See* docket sheet. As a result,

3   only claimant Shepp has a right to defend defendant $9,097.50 and defendant $10,380. United

4   States and claimant Shepp are hereafter referred to as the "parties" in this document which is

5   hereinafter referred to as the "Settlement Agreement" or "Agreement."

6         2.     After full and open discussion, the parties agree to resolve any and all claims

7   against defendant $9,097.50 and defendant $10,380, and any and all claims against any and all

8   past and present officials, employees and agents of the United States, including those at the

9   United States Department of Justice, arising out of the facts alleged in the Complaint for

10   Forfeiture filed in this lawsuit on or about July 22, 2004.

11         3.     The parties agree that the resolution of the lawsuit is based solely on the terms

12   stated in this Settlement Agreement. It is expressly understood that this Agreement has been

13   freely and voluntarily entered into by the parties. The parties further agree that there are no

14   express or implied terms or conditions of settlement, whether oral or written, other than those set

15   forth in this Agreement. This Agreement shall not be modified or supplemented except in

16   writing signed by the parties. The parties have entered into this Agreement in lieu of continued

17   protracted litigation and district court adjudication.

18         4.     The parties further agree that this Settlement Agreement does not constitute

19   precedent on any legal issue for any purpose whatsoever, including all administrative

20   proceedings and any lawsuits.

21         5.     The parties agree that claimant Shepp releases and discharges the United States, as

22   well as any past and present officials, employees, agents, attorneys, their successors and assigns,

23   from any and all obligations, damages, liabilities and demands of any kind and nature

24   whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising

25   out of the allegations set forth in United States's Complaint for Forfeiture, filed on or about July

26   22, 2004, and arising out of the seizure of defendant $9,097.50 and defendant $10,380.

27   ///

28

Settlement Agreement
And Order of Dismissal
C 04-02977 JSW                2

6.      In order to resolve this case without the expense of further litigation, the parties have agreed that defendant $9,097.50 and defendant $10,380 shall be returned to claimant Shepp, by check made payable both to claimant Shepp and his attorney, David Michael, and delivered to his attorney, David Michael at the Law Offices of David Michael, 414 Gough Street, Suite 2, San Francisco, CA 94102. Such payment shall be in full settlement and satisfaction of any and all claims by claimant Shepp, his heirs, representatives and assignees to defendant $9,097.50 and defendant $10,380.

7.      Claimant Shepp shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement officials, for any and all acts directly or indirectly related to the seizure of defendant $9,097.50 and defendant $10,380.

8.      The United States and claimant Shepp agree that each party shall pay its own attorneys' fees and costs.

///
///
///
///
///
///
///
///
///
///
///
///
///

Settlement Agreement
And Order of Dismissal
C 04-02977 JSW                                    3

1    9.    Based on the foregoing, the parties agree that the Court shall dismiss this action.

2

3    IT IS SO STIPULATED:                        KEVIN V. RYAN
                                                 United States Attorney
4

5    Dated:  December 21, 2006
                                                 PATRICIA J. KENNEY
6                                                Assistant United States Attorney

7

8                                                LAW OFFICES OF DAVID MICHAEL

9

10   Dated: December ___, 2006      _____
                                                 DAVID MICHAEL
11                                               Attorney for Claimant Kenneth Shepp

12   Dated: December ___, 2006      _____
                                                 KENNETH SHEPP
13                                               CLAIMANT

14

15

16         BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____

17   DAY OF _____, 2006, AND THIS CASE IS HEREBY DISMISSED ON THE

18   FOREGOING TERMS.

19                                               _____
                                                 HONORABLE JEFFREY S. WHITE
20                                               United States District Judge

21

22

23

24

25

26

27

28
     Settlement Agreement
     And Order of Dismissal
     C 04-02977 JSW                    4

9.     Based on the foregoing, the parties agree that the Court shall dismiss this action.

IT IS SO STIPULATED:                    KEVIN V. RYAN
                                        United States Attorney

Dated:  December 21, 2006

                                        _____
                                        PATRICIA J. KENNEY
                                        Assistant United States Attorney


                                        LAW OFFICES OF DAVID MICHAEL

Dated: December 21, 2006

                                        DAVID MICHAEL
                                        Attorney for Claimant, Kenneth Shepp

Dated: December 21, 2006

                                        KENNETH SHEPP
                                        CLAIMANT


        BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 2nd

DAY OF January ,2006, AND THIS CASE IS HEREBY DISMISSED ON THE

FOREGOING TERMS.

                                        HONORABLE JEFFREY S. WHITE
                                        United States District Judge


Settlement Agreement
And Order of Dismissal
C 04-02977 JSW                          4